# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| PATRICIA A. DAILEY, | : | Bankruptcy No. 04-35786DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 13th day of May 2005, this Court having entered an order dated April 22, 2005 (the "Order") to determine, <u>inter alia</u>, whether Myra Williams should be compelled to disgorge fees received from the above Debtor;

**And** the Order giving Williams the opportunity to submit an written request for a hearing to explain her role and fee she charged;

**And** the Order further stating that absent a request for a hearing, Williams shall disgorge all funds that she received from Debtor, <u>i.e.</u>, $853, by May 5, 2005;

**And** the Court having not received any request from Williams for a hearing;

It is hereby **ORDERED** that Williams shall **disgorge** all compensation received from Debtor[1] in twenty (20) days of the date of this order and file a certification with the Court

---

[1] Debtor supplied evidence of paying Williams $853, inclusive of the filing fee.

In re Patricia A. Dailey - Bankruptcy No. 04-35786DWS

that she has done so.  In the absence of such certification, the Court will take further action, including the entry of judgment in favor of Ms. Dailey and against her.

*Diane W. Sigmund*

_____
   DIANE WEISS SIGMUND
   Chief U.S. Bankruptcy Judge

Judge Thomas Twardowski
Judge Bruce I. Fox
Judge Stephen Raslavich
Judge Kevin J. Carey

Walter Stoertz, Acting Clerk

<u>Copies to</u>:

Myra Williams
7102 Frankford Avenue
Philadelphia, PA  19135

George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Patricia A. Dailey
3180 Belgrade Street
Philadelphia, PA  19134

William C. Miller, Esquire
Standing Chapter 13 Trustee
P. O. Box 40119
Philadelphia, PA 19106-0119